IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARTHUR FOSTER,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 15-cv-264-wmc

WILLIAM POLLARD, Warden,
Waupun Correctional Institution

    Respondents.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by Arthur Foster with prejudice as barred by the one-year statute of limitations found at 28 U.S.C. § 2244(d)(1) and dismissing this case.

    /s/                                                                      7/12/2016

Peter Oppeneer, Clerk of Court                      Date